IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WORKMAN,<br>                 Plaintiff<br><br>     vs.<br><br>TIM MACKNAIR, S.C.I. Greene Unit Manager,<br>                 Defendant | Civil Action No. 08-1416<br>Judge Terrence F. McVerry/<br>Magistrate Judge Amy Reynolds Hay |

## **O R D E R**

AND NOW, this 8th day of July, 2009, after the Plaintiff, Robert Workman, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until June 29, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the complaint in the above-captioned case [Dkt. 5] is dismissed for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                  s/ Terrence F. McVerry
                                                  United States District Judge

cc: Honorable Amy Reynolds Hay
Chief U.S. Magistrate Judge

Robert Workman
AT-0848
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

All Counsel of Record by electronic filing